## C. L. SCOTT v. STATE.

No. A-5417.   Opinion Filed March 20, 1926.
(244 Pac. 449.)

John W. Scott, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. This conviction rests wholly upon the testimony of the prosecuting witness, who testified that he saw the defendant, through a window in a stock barn, at a carnival in Comanche, about 9 o'clock at night, sell a half pint of whisky to one Bill Jackson; that this stock barn was dimly lighted on the inside by a lantern.

The defendant, his son, who was there present, and Jackson all denied that there was any such sale. The phys-

ical facts shown cast some doubt upon the accuracy of the story told by the prosecuting witness.

We think the evidence as a whole was not indicative of guilt beyond a reasonable doubt—not sufficient to cover the presumption of innocence.

The cause is reversed and remanded.